IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JAMES ALLEN,

        Plaintiff,                           ORDER

       v.                                      25-cv-433-wmc

NATIONAL DEBT RELIEF, LLC,
REACH FINANCIAL, LLC, FINWISE BANK, and
THE LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC,

        Defendants.
_____

      Plaintiff James Allen filed a complaint in Wisconsin state court against defendants National Debt Relief, LLC, The Law Offices of Robert S. Gitmeid & Assoc., PLLC, Reach Financial, LLC, and Finwise Bank. Defendants removed the case to this court (dkt. #1), based on an assertion of diversity jurisdiction under 28 U.S.C. § 1332. Defendants then moved to compel arbitration and to stay these proceedings pending arbitration. (Dkts. ##17-22.) Plaintiff responded that he had no objection to the motion to compel arbitration and further joined the motion to stay. (Dkt. #23.)

      However, before ruling on those motions, this court required the defendants to demonstrate their citizenship with greater specificity. (Dkt. #27.) Since defendants' supplemental declaration (dkt. #28) is sufficient to demonstrate that the parties are completely diverse, and all other requirements under 28 U.S.C. § 1332 are satisfied, the court will grant defendants' unopposed motions to compel arbitration and stay these proceedings pending arbitration.

1

ORDER

IT IS ORDERED THAT:

1. Defendants' unopposed motions to compel arbitration and stay are GRANTED.

2. Plaintiff and defendants shall participate in arbitration consistent with the arbitration provisions outlined in the Multiple Advance Loan Agreement, Debt Settlement Contract, and Retainer.

3. This matter is STAYED until such arbitration occurs. *See* 9 U.S.C. § 3.

4. The parties are required to provide this court with a status update every 90 days following entry of this order.

Entered this 24th day of October, 2025.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge